**Constantino CARRERA, Petitioner–Appellant,**

v.

**Robert L. AYERS Jr., Warden of the California State Prison at San Quentin, Respondent–Appellee.**

No. 08–99007.

United States Court of Appeals, Ninth Circuit.

April 12, 2012.

Stephen B. Bedrick, Esquire, Law Office of Stephen B. Bedrick, Oakland, CA, for Petitioner–Appellant.

Clifford Edward Zall, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

D.C. No. 1:90–CV–00478–AWI.

**ORDER**

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.